| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| --- | --- |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>Attorneys at Law<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor<br><br>By: | **Order Filed on May 16, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>　　　　Myesha Garrett<br>　　　　　　Debtor | Case No.: 18-30558<br><br>Adv. No.:<br><br>Hearing Date: May 28, 2019<br><br>Judge:  ABA |

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 16, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Myesha G. Garrett |
| Case No: | 18-30558 |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of Jenkins & Clayman's motion to terminate the debtor's wage order, and for good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #30 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer shall no longer make disbursements to the Standing Chapter 13 Trustee.