| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN** Eric J Clayman, Esquire Attorneys at Law 412 White Horse Pike Audubon, NJ 08106 (856)546-9696 Attorney for Debtor By: | |
| In Re: Myesha Garrett Debtor | Case No.: 18-30558 Adv. No.: Hearing Date: May 28, 2019 Judge: ABA |

**Order Filed on May 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: May 16, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Myesha G. Garrett |
| Case No: | 18-30558 |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of Jenkins & Clayman's motion to terminate the debtor's wage order, and for good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #30 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer shall no longer make disbursements to the Standing Chapter 13 Trustee.

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 18-30558-ABA
Myesha G. Garrett                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1        Date Rcvd: May 16, 2019
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.
db              +Myesha G. Garrett,    734 Jefferson St,   Camden, NJ 08104-2249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Myesha G. Garrett jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6