Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 18−30558−ABA
                              Chapter: 13
                              Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Myesha G. Garrett
   734 Jefferson St
   Camden, NJ 08104

Social Security No.:
   xxx−xx−0994

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2019
JAN: bc

                                                                                         Jeanne Naughton
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 18-30558-ABA
Myesha G. Garrett                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jun 13, 2019
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db         +Myesha G. Garrett,    734 Jefferson St,    Camden, NJ 08104-2249
517815601  +Delaware River Port Authority,    PO Box 4971,    Trenton, NJ 08650-4971
517911702  +Liberal Finance c/o Randolph Walzer, Esq.,    PO Box 1234,    Jackson, NJ 08527-0259
517815602  +Lourdes Cardiology Services, PC,    PO BOX 824699,    Philadelphia, PA 19182-4699
517815603   Medi-Lynx Cardiac Monitoring, LLC,    Suite 200,    6700 Pinecrest Drive,    Plano, TX 75024-4265
517815604   PAM-PA Turnpike,    PO Box 1153,    Milwaukee, WI 53201-1153
517815605   Relieveus,    813 East Gate Drive,    Suite B,    Princeton, NJ 08541-2380
517903800  +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517908789  +Toyota Motor Credit Corporation,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
             Westmont, NJ 08108-2812
517987745   UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
             MADISON, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517855570       EDI: CAPITALONE.COM Jun 14 2019 04:18:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
517815600      +E-mail/Text: bankruptcy@philapark.org Jun 14 2019 00:58:31     City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
517933241       EDI: RESURGENT.COM Jun 14 2019 04:18:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517868546      +E-mail/Text: bankruptcy@purchasingpower.com Jun 14 2019 00:58:13     Purchasing Power, LLC,
                 1349 West Peachtree St,    NW #1100,    Atlanta, GA 30309-2956
517815606      +EDI: CONVERGENT.COM Jun 14 2019 04:13:00     T Mobile USA,   c/o Convergent Outsourcing, Inc.,
                 800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
517835035      +EDI: AIS.COM Jun 14 2019 04:13:00     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517815607       EDI: TFSR.COM Jun 14 2019 04:13:00     Toyota Financial Services,   PO Box 5855,
                 Carol Stream, IL 60197-5855
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517815599    ##+Chelton Terrace Apartments,    721 Chelton Avenue,    Camden, NJ 08104-2222
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Myesha G. Garrett jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                          TOTAL: 6